IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

THEODORE F. FLETSCHER,

             Plaintiff,          Civ. No. 11-3133-CL

                                     **TEMPORARY RESTRAINING ORDER**

     v.

BAC HOME LOANS SERVICING LP
and RECONTRUST COMPANY, N.A.,

             Defendants.

---

**PANNER, J.**

Plaintiff seeks an ex parte temporary restraining order to enjoin the foreclosure sale of his house. Plaintiff alleges the house is scheduled for a foreclosure sale on November 21, 2011 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiff alleges defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); Hooker v. Northwest Trustee Services, Inc., 2011 WL 2119103, *3 (D. Or. May 25) (citing

1  - ORDER

Burgett v. MERS, 2010 WL 4282105, at *2 (D. Or. Oct. 20) and In re McCoy, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiff alleges MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#2). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 707 Vincent Road, Central Point, Oregon, from this day until Thursday, December 1, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 90:00 a.m. on December 1, 2011, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this __17__ day of November, 2011 at _10:00_ 'clock _a.m._

_Owen M Panner_

OWEN M. PANNER
U.S. DISTRICT JUDGE

2  - ORDER